**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Isaac CASTRO–DIAZ,**
**Defendant—Appellant.**

**No. 05–10591.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 28, 2006.

Ray Gattinella, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff—Appellee.

Jose Isaac Castro-Diaz, pro se.

Benjamin C. Durham, Esq., Benjamin C. Durham, Chtd., Las Vegas, NV, for Defendant—Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Isaac Castro–Diaz appeals from his guilty-plea conviction and 51–month sentence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Castro–Diaz has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Castro–Diaz knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See*

*United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED**. The appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

